E-Filed/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8621-GHK (VBKx) | Date | November 17, 2011 |
|---|---|---|---|
| Title | *HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-AR8 v. Oscar Javier Garcia, et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order Remanding Case; [4]**

On November 1, 2011, we issued an Order directing Defendants Oscar Javier Garcia and Guadalupe de Garcia ("Defendants") to show cause ("OSC") why the above-captioned action should not be remanded to state court based on this Court's lack of subject matter jurisdiction. We noted that we appear to lack subject matter jurisdiction based on diversity because the amount in controversy is alleged to be under $10,000. We also noted that Defendants made a general allegation of bias by the state court in their Notice of Removal ("NOR"), but that this was insufficient to confer subject matter jurisdiction upon this Court. We cautioned Defendants that the failure to timely and adequately respond to our OSC would be deemed their admission that this Court lacks subject matter jurisdiction. Defendants timely responded to our OSC. However, their response merely repeats the assertions of jurisdiction from their NOR, which we previously explained were insufficient. Accordingly, this case is hereby **REMANDED** to the state court from which it was removed.

The docket reflects that Plaintiff HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-AR8 ("Plaintiff") filed a Motion to Remand on November 10, 2011 ("Motion"). In light of this Order, Plaintiff's Motion is **DENIED as moot**. The hearing set for December 19, 2011, is hereby **TAKEN OFF CALENDAR**, and the hearing date is **VACATED**.

**IT IS SO ORDERED.**

|   | -- | : | -- |
|---|---|---|---|
|   | Initials of Deputy Clerk | | Bea |